1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 NADEEM FAROOQ,                              )  No. C 07-0090-MJJ
                                               )
14            Plaintiff,                       )
                                               )
15      v.                                     )
                                               )
   U.S. Citizenship and Immigration Services;  )  **STIPULATION TO WITHDRAW**
16 EDUARDO AGUIRRE, Director, U.S.             )  **MOTION TO DISMISS AND TO**
   Citizenship and Immigration Services;       )  **VACATE THE JUNE 5, 2007 HEARING**
17 GERARD HEINAUER, Director, USCIS            )  **DATE; AND TO A BRIEFING**
   Nebraska Service Center; EVELYN             )  **SCHEDULE ON THE FILING OF**
18 UPCHURCH, Director, USCIS Texas Service     )  **DEFENDANTS' ANSWER AND THE**
   Center; MICHAEL CHERTOFF, Secretary,        )  **PARTIES' CROSS-MOTIONS FOR**
19 Department of Homeland Security;            )  **SUMMARY JUDGMENT; AND**
   ROBERT S. MUELLER, Director, Federal        )  **[PROPOSED] ORDER**
20 Bureau of Investigations; ALBERTO           )
   GONZALES, U.S. Attorney General,            )
21                                             )
              Defendants.                      )
22

23     The plaintiff, by and through his attorney of record, and defendants, by and through their

24 attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

25     (1) Defendants withdraw their motion to dismiss, which was filed on March 9, 2007.

26     (2) The parties ask this Court to vacate the June 5, 2007 hearing date on the defendants'

27 motion to dismiss

28     (3) The defendants will file an answer to the complaint on or before May 4, 2007.

STIPULATION
C07-0090-MJJ                                    1

|   |   |
|---|---|
| 1 | |
| 2 | (4)  The parties shall limit their discovery, if any, to 10 interrogatories and 10 requests for |
| 3 | admission, which shall be propounded by the close of business on May 4, 2007. |
| 4 | (5)  The plaintiff will file a motion for summary judgment by July 3, 2007. |
| 5 | (6)  The defendants will file an opposition/cross-motion by July 10, 2007. |
| 6 | (7)  The plaintiff will file a reply/opposition by July 17, 2007 |
| 7 | (8)  The defendants will file a reply by July 24, 2007 |
| 8 | (9)  ~~The parties ask this Court for a hearing on **August 7, 2007, at 9:30 a.m.**~~ |
| 9 | THE PARTIES' SUMMARY JUDGMENT MOTIONS ARE SET FOR HEARING ON AUGUST 14, 2007 AT 9:30 A.M. |

Date:  April 27, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date:  April 27, 2007                              /s/
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  5/3/07                                     _____
MARTIN J. JENKINS
United States District Judge