SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NADEEM FAROOQ, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Citizenship and Immigration Services; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, USCIS Nebraska Service Center; EVELYN UPCHURCH, Director, USCIS Texas Service Center; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, U.S. Attorney General, <br><br> Defendants. | No. C 07-0090-MJJ <br><br> **STIPULATION TO VACATE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** <br><br> **Date: September 18, 2007** <br> **Time: 9:30 a.m.** |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to **vacate the hearing** on the parties' cross-motions for summary judgment, which is currently scheduled for **September 18, 2007**, in light of the following:

(1) The plaintiff filed an I-485 application for adjustment of status with the United States Citizenship and Immigration Services (USCIS) on August 4, 2003. The USCIS has not yet

STIPULATION TO VACATE HEARING
C07-0090-MJJ                                           1

adjudicated the I-485 application

(2) The plaintiff filed an action in this Court on January 5, 2007, seeking an order directing USCIS to adjudicate the I-485 application.

(3)  The parties have filed cross-motions for summary judgment.

(4)  The hearing on the parties' cross-motions for summary judgment is scheduled for September 18, 2007, at 9:30 a.m.

(5) The FBI has recently completed the plaintiff's name check, which the USCIS learned of on or about September 13, 2007.

(6) In light of the fact that the FBI has completed the name check, the parties believe there is a reasonable probability that this case will be resolved by USCIS within the next thirty days.

Accordingly, in light of the fact that this case may soon be moot, the parties respectfully ask this Court to **vacate the hearing** on the parties' cross-motions for summary judgment, which is currently **scheduled for September 18, 2007, at 9:30 a.m.**

Date: September 17, 2007               Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                          /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Date: September 17, 2007                  /s/
                                       ROBERT B. JOBE
                                       Law Office of Robert B. Jobe
                                       Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that the hearing on the parties' cross-motions for summary judgment, currently scheduled for September 18, 2007, is vacated

Dated:  9/17/07            _____
                                       MARTIN J. JENKINS
                                       United States District Judge

STIPULATION TO VACATE HEARING
C07-0090-MJJ                           2