SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NADEEM FAROOQ,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. Citizenship and Immigration Services; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, USCIS Nebraska Service Center; EVELYN UPCHURCH, Director, USCIS Texas Service Center; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, U.S. Attorney General,<br><br>      Defendants. | No. C 07-0090 MJJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0090 MJJ                                  1

1 | Dated: September 25, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: September 24, 2007

/s/
ROBERT JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  09/28/07

MARTIN J. JENKINS
United States District Judge

*Judge Martin J. Jenkins (signature/seal)*

Stipulation to Dismiss
C07-0090 MJJ                                      2